Larry Wayne MORGAN, Appellant,

v.

The STATE of Texas, Appellee.

No. 1037–85.

Court of Criminal Appeals of Texas, En Banc.

May 18, 1988.

On State's petition for discretionary review: judgment of the Court of Appeals reversed and judgment of the trial court affirmed.

CLINTON, J., dissents for the reasons stated in his dissenting statement in *Jefferson v. State*, Tex.Cr.App., 1988, 751 S.W.2d 502.

TEAGUE, CAMPBELL and DUNCAN, JJ., dissent for the reasons stated in *Jefferson v. State*, Tex.Cr.App., 1988, 751 S.W.2d 502.

Alex RAMIREZ, Appellant,

v.

The STATE of Texas, Appellee.

No. 0003–87.

Court of Criminal Appeals of Texas, En Banc.

Feb. 28, 1990.

On appellant's petition for discretionary review: petition dismissed as improvidently granted.

TEAGUE, J., dissents.